IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GARY METOYER,** | 2:07-cv-02358 WBS KJM |
| Petitioner, | **ORDER GRANTING EXTENSION OF TIME** |
| v. | |
| **D. K. SISTO, Warden, et al.,** | |
| Respondent. | |

The Court has considered Respondent's first request for a thirty-day extension of time to file a response to the Petition for Writ of Habeas Corpus filed by James Wortham (docket no. 20). Good cause appearing, the request is GRANTED.

IT IS HEREBY ORDERED that Respondent shall file a response by January 18, 2009.

Dated:  December 22, 2008.

SA2008301955

_____
U.S. MAGISTRATE JUDGE

Request for Extension of Time;  Order

1